UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1277**

---

In Re:  WILLIAM KENNETH YOUNG, JR.; ANITA ANGELA YOUNG,

                    Debtors.

--------------------------

WILLIAM KENNETH YOUNG, JR.; ANITA ANGELA YOUNG,

                    Debtors - Appellants,

        v.

ANNIE MAE YOUNG,

                    Creditor - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Senior District Judge.  (1:06-cv-00781-WLO; BK-04-53818)

---

Submitted:  March 21, 2008          Decided:  April 9, 2008

---

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas W. Anderson, Pilot Mountain, North Carolina, for Appellants. Robert Edmunds Price, Jr., PRICE LAW OFFICE, Winston-Salem, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William K. Young, Jr., and Anita A. Young appeal from the district court's order affirming the bankruptcy court's order modifying the automatic stay in the Youngs' Chapter 13 bankruptcy case to allow Annie Mae Young to proceed on her lawsuit filed in state court alleging fraud and seeking rescission of real property conveyances. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Young v. Young, No. 1:06-cv-00781-WLO (M.D.N.C. Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED